BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-MC-00077-TLN-AC |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $331,956.60 SEIZED FROM CHARLES SCHWAB ACCOUNT NUMBER 1213-6532, | |
| APPROXIMATELY $50,660.10 SEIZED FROM VANGUARD ACCOUNT NUMBER 0540-88079073938, | |
| APPROXIMATELY $7,167.31 SEIZED FROM VANGUARD ACCOUNT NUMBER 0040-88063595422, | |
| APPROXIMATELY $1,844.15 SEIZED FROM VANGUARD ACCOUNT NUMBER 0040-88060247883, | |
| APPROXIMATELY $15,368.53 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 5763134987, HELD IN THE NAME OF PAUL A. FOURNIER, | |
| APPROXIMATELY $3,375.09 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 5917189986, | |
| APPROXIMATELY $8,817.73 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 9894553933, | |

1

1 APPROXIMATELY $9,724.22 SEIZED
FROM WELLS FARGO BANK
2 ACCOUNT NUMBER 1483149173, AND

3 APPROXIMATELY $2,970.36 SEIZED
FROM BANK OF AMERICA ACCOUNT
4 NUMBER 457024979427,

5            Defendants.

6

7        It is hereby stipulated by and between the United States of America and potential claimant Paul

8 A. Fournier ("claimant"), in *propria persona*, as follows:

9        1.      On or about February 22, 2016, the Federal Bureau of Investigation seized the above-

10 referenced defendant funds pursuant to Federal seizure warrants.

11        2.      Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iii), and 983(a)(3)(A), the United States is required to

12 send notice to potential claimants, file a complaint for forfeiture against the defendant funds, or obtain an

13 indictment alleging that the defendant funds are subject to forfeiture within sixty days of seizure, unless

14 the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is

15 April 22, 2016.

16        3.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to July

17 21, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the

18 defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

2

1    4.    Accordingly, the parties agree that the deadline by which the United States shall be

2  required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment

3  alleging that the defendant funds are subject to forfeiture shall be extended to July 21, 2016.

4  Dated: <u>4/21/16</u>                                   BENJAMIN B. WAGNER
                                                          United States Attorney
5

6                                          By:    <u>/s/ Kevin C. Khasigian</u>
                                                  KEVIN C. KHASIGIAN
7                                                 Assistant U.S. Attorney

8

9  Dated: <u>4/21/2016</u>                                <u>/s/ Paul A. Fournier</u>
                                                          PAUL A. FOURNIER
10                                                        Potential Claimant appearing
                                                          in *propria persona*
11
                                                          (Signature retained by attorney)
12

13

14    **IT IS SO ORDERED**.

15  Dated: May 10, 2016

16

17

18                                                Troy L. Nunley
19                                                United States District Judge

20

21

22

23

24

25

26

27

28

                                          3