1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              2:16-MC-00077-TLN-AC

12              Plaintiff,                 STIPULATION AND ORDER EXTENDING TIME
                                          FOR FILING A COMPLAINT FOR FORFEITURE
13        v.                               AND/OR TO OBTAIN AN INDICTMENT
                                          ALLEGING FORFEITURE
14 APPROXIMATELY $331,956.60 SEIZED
   FROM CHARLES SCHWAB ACCOUNT
15 NUMBER 1213-6532,

16 APPROXIMATELY $50,660.10 SEIZED
   FROM VANGUARD ACCOUNT
17 NUMBER 0540-88079073938,

18 APPROXIMATELY $7,167.31 SEIZED
   FROM VANGUARD ACCOUNT
19 NUMBER 0040-88063595422,

20 APPROXIMATELY $1,844.15 SEIZED
   FROM VANGUARD ACCOUNT
21 NUMBER 0040-88060247883,

22 APPROXIMATELY $15,368.53 SEIZED
   FROM WELLS FARGO BANK
23 ACCOUNT NUMBER 5763134987, HELD
   IN THE NAME OF PAUL A. FOURNIER,
24
   APPROXIMATELY $3,375.09 SEIZED
25 FROM WELLS FARGO BANK
   ACCOUNT NUMBER 5917189986,
26
   APPROXIMATELY $8,817.73 SEIZED
27 FROM WELLS FARGO BANK
   ACCOUNT NUMBER 9894553933,
28

1

APPROXIMATELY $9,724.22 SEIZED
FROM WELLS FARGO BANK
ACCOUNT NUMBER 1483149173, AND

APPROXIMATELY $2,970.36 SEIZED
FROM BANK OF AMERICA ACCOUNT
NUMBER 457024979427,

       Defendants.

It is hereby stipulated by and between the United States of America and potential claimant Paul A. Fournier ("claimant"), in *propria persona*, as follows:

1.      On or about February 22, 2016, the Federal Bureau of Investigation seized the above-referenced defendant funds pursuant to Federal seizure warrants.

2.      Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iii), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant funds, or obtain an indictment alleging that the defendant funds are subject to forfeiture within sixty days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was April 22, 2016.

3.      By Stipulation and Order filed May 11, 2016, the parties stipulated to extend to July 21, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

4.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to October 19, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///

///

///

///

///

///

2

5.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to October 19, 2016.

Dated: 7/20/16

PHILLIP A. TALBERT
Acting United States Attorney


By:     /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney


Dated: 7/19/2016

/s/ Paul A. Fournier
PAUL A. FOURNIER
Potential Claimant appearing
in *propria persona*

(Signature retained by attorney)


**IT IS SO ORDERED**.

Dated: July 21, 2016

Troy L. Nunley
United States District Judge

3