PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $331,956.60 SEIZED FROM CHARLES SCHWAB ACCOUNT NUMBER 1213-6532,<br><br>APPROXIMATELY $50,660.10 SEIZED FROM VANGUARD ACCOUNT NUMBER 0540-88079073938,<br><br>APPROXIMATELY $7,167.31 SEIZED FROM VANGUARD ACCOUNT NUMBER 0040-88063595422,<br><br>APPROXIMATELY $1,844.15 SEIZED FROM VANGUARD ACCOUNT NUMBER 0040-88060247883,<br><br>APPROXIMATELY $15,368.53 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 5763134987, HELD IN THE NAME OF PAUL A. FOURNIER,<br><br>APPROXIMATELY $3,375.09 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 5917189986,<br><br>APPROXIMATELY $8,817.73 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 9894553933, | 2:16-MC-00077-TLN-AC<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

|   |   |
|---|---|
| 1 | APPROXIMATELY $9,724.22 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 1483149173, AND |
| 2 |   |
| 3 | APPROXIMATELY $2,970.36 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 457024979427, |
| 4 |   |
| 5 | Defendants. |

It is hereby stipulated by and between the United States of America and potential claimant Paul A. Fournier ("claimant"), in *propria persona*, as follows:

1. On or about February 22, 2016, the Federal Bureau of Investigation seized the above-referenced defendant funds pursuant to Federal seizure warrants.

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iii), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant funds, or obtain an indictment alleging that the defendant funds are subject to forfeiture within sixty days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was April 22, 2016.

3. By Stipulation and Order filed May 11, 2016, the parties stipulated to extend to July 21, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

4. By Stipulation and Order filed July 22, 2016, the parties stipulated to extend to October 19, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. By Stipulation and Order filed October 21, 2016, the parties stipulated to extend to January 17, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture

6. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to April 17, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to

forfeiture.

7. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to April 17, 2017.

Dated: 1/13/17

PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 1/12/17

/s/ Paul A. Fournier
PAUL A. FOURNIER
Potential Claimant appearing
in *propria persona*

(Signature retained by attorney)

**IT IS SO ORDERED**.

Dated: January 13, 2017

Troy L. Nunley
United States District Judge

3

Stipulation and Order to Extend Time